# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12253

_____

BRIAN BAKER,
    as Personal Representative of the
    Estate of Trevor Baker,
SHALLYN BAKER,
    as Personal Representative of the
    Estate of Trevor Baker,

                                         *Plaintiffs-Appellants,*

*versus*


LONE STAR WHEEL COMPONENTS LLC,
CHAMPION HOME BUILDERS, INC.,
ACE TIRE & AXLE INC.,
ACE TIRE & AXLE LLC,

                                         *Defendants-Appellees.*


_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-01510-KKM-CPT

_____

Before LAGOA and ABUDU, Circuit Judges.

2                           Order of the Court                     25-12253

BY THE COURT:

We issued a jurisdictional question about whether the relevant pleadings adequately alleged the parties' citizenships for purposes of diversity jurisdiction.  In response, the parties jointly move to amend the operative complaint to allege that (1) Brian and Shallyn Baker, as personal representatives of the estate of Trevor Baker, are citizens of Ohio because that is where Trevor was domiciled; (2) Lone Star Wheel Components LLC ("Lone Star") is a citizen of Texas and Georgia because those are the citizenships of its members, and (3) Ace Tire & Axle LLC ("Ace") is a citizen of Georgia and Texas because those are the citizenships of its members.

The pleadings did not adequately establish the Bakers' citizenships, because they stated only that they were residents of Florida.  *See* 28 U.S.C. § 1332(c)(2) (providing that representatives of an estate are deemed citizens only of the same state as the decedent); *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1268-69 (11th Cir. 2013) (explaining that pleadings must allege the citizenship or domicile of natural persons, and that allegations of residency are insufficient).  Nor did the pleadings adequately establish the citizenships of Lone Star or Ace, because those parties are limited liability companies and the pleadings alleged only their respective states of incorporation and principal places of business.  *See Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663 F.3d 1304, 1305 (11th Cir. 2011) (explaining that limited liability companies are deemed citizens of any state of which a member of the company is a citizen).

25-12253                     Order of the Court                           3

The proposed amendment, which is properly before us, cures these deficiencies. *See* 28 U.S.C. § 1653 (providing that defective allegations of jurisdiction may be amended in this Court). The newly amended complaint would allege complete diversity of citizenship.

Accordingly, the joint motion to amend the complaint is GRANTED, and this appeal may proceed. The parties are DIRECTED to file notice of this order in the district court along with a copy of the amended complaint.